RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 0 1 2015

CHRISTOPHER A. PRINE
CLERK District of Texas

In the Court of Appeals for the First District of Texas
Houston Division

| | | |
|---|---|---|
| | § | In the 264 Judicial |
| Angel Martinez | § | District Court |
| v. | § | |
| State of Texas | § | Cause No. 85P-04-201500 0108 -CR |
| Appellee | § | |
| | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

Motion for Extension of Time to file Petition for Descretionary Review

Comes now, Angel Martinez appellant in the above cause files this motion for extention of time pursuant to Rule 10.5(b). To file Petition for Descretionary Review (PDR).

## I.

Appellant ask for permission to file an extension for 60 days to present his petition for descretionary review (PDR).

## II.

The present deadline for filing the (PDR) is 30 days. The Appellant has not requested any extension prior to this request.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

## Unsworn Declaration

Under both federal law (28 U.S.C. § 1746) and State Law (V.T.C.A.) Civil Practice & Remedies Code § 132.001-132.003) Offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath or affidavit sworn before a notary public.

I Angel Martinez 1897616 being presently incarcerated at John B. Connally Unit in Karnes County, Texas declare under penalty of perjury that the foregoing is true and correct.

Date: 8/25/15

1897616

Angel L. Martinez